UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANIEL WILLIAMS,

                Plaintiff,                                      **JUDGMENT**

      - against -                                     16-CV-1296 (RRM) (RER)

CAPTAIN DIAZ, CAPTAIN KOUROUKLIS,
CAPTAIN GLOVER, MS. JOHNSON, JOHN
DOE, and JOHN DOE

                Defendants.
------------------------------------------------------------------x

      An Order of the undersigned having been filed this day granting summary judgment for defendants, dismissing the case without prejudice, and directing the Clerk of Court to enter judgment and close this case, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff as against defendant are dismissed, and that this case is hereby closed.

                                                                        SO ORDERED.

Dated:  Brooklyn, New York                         *Roslynn R. Mauskopf*
         September 28, 2020

                                                   ROSLYNN R. MAUSKOPF
                                                   Chief United States District Judge